# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
### Eastern Division

FILED: APRIL 15, 2008
08CV2146          TG
JUDGE CONLON
MAGISTRATE JUDGE KEYS

In the Matter of

LIBERTY INSURANCE UNDERWRITERS, INC., a New York Corporation
Plaintiff,

v.                                              Case Number:

JOHN O'LEARY, RENEE O'LEARY, JACK O'LEARY, JOHN MULHERN AND
MARLENE MULHERN
Defendants.

APPEARANCES ARE HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY(S) FOR:

LIBERTY INSURANCE UNDERWRITERS, INC.

| (A) | (B) |
|---|---|
| SIGNATURE | SIGNATURE |
| NAME BRUCE M. MECKLER | NAME CHRISTOPHER E. KENTRA |
| FIRM MECKLER BULGER & TILSON LLP | FIRM MECKLER BULGER & TILSON LLP |
| STREET ADDRESS 123 NORTH WACKER DRIVE - SUITE 1800 | STREET ADDRESS 123 NORTH WACKER DRIVE - SUITE 1800 |
| CITY/STATE/ZIP Chicago, IL 60606 | CITY/STATE/ZIP Chicago, IL 60606 |
| TELEPHONE NUMBER (312) 474-7900 | TELEPHONE NUMBER (312) 474-7900 |
| IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) 06181171 | IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) 06211295 |
| MEMBER OF TRIAL BAR? YES [X] NO [ ] | MEMBER OF TRIAL BAR? YES [X] NO [ ] |
| TRIAL ATTORNEY? YES [X] NO [ ] | TRIAL ATTORNEY? YES [X] NO [ ] |
| | DESIGNATED AS LOCAL COUNSEL? YES [ ] NO [ ] |

| (C) | (D) |
|---|---|
| SIGNATURE | SIGNATURE |
| NAME JONATHAN D. LICHTERMAN | NAME |
| FIRM MECKLER BULGER & TILSON LLP | FIRM |
| STREET ADDRESS 123 NORTH WACKER DRIVE - SUITE 1800 | STREET ADDRESS |
| CITY/STATE/ZIP Chicago, IL 60606 | CITY/STATE/ZIP |
| TELEPHONE NUMBER (312) 474-7930 | TELEPHONE NUMBER |
| IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) 6237553 | IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) |
| MEMBER OF TRIAL BAR? YES [ ] NO [X] | MEMBER OF TRIAL BAR? YES [ ] NO [ ] |
| TRIAL ATTORNEY? YES [X] NO [ ] | TRIAL ATTORNEY? YES [ ] NO [ ] |
| DESIGNATED AS LOCAL COUNSEL? YES [ ] NO [ ] | DESIGNATED AS LOCAL COUNSEL? YES [ ] NO [ ] |