## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| LIBERTY INSURANCE UNDERWRITERS, INC., a New York Corporation ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) ) | Case No.: 1:08 cv 02146 |
| | JURY TRIAL DEMANDED |
| JOHN O'LEARY, RENEE O'LEARY, JACK O'LEARY, JOHN MULHERN AND MARLENE MULHERN ) ) ) | |
| Defendants. ) | |

### NOTICE OF VOLUNTARY DISMISSAL

Please take notice that Plaintiff, Liberty Insurance Underwriters, Inc. ("Liberty"), by its attorneys, Meckler Bulger & Tilson LLP, hereby dismisses this action pursuant to Fed. R. Civ. P. 41 (a)(1)(A). No answers or motions for summary judgment have been filed in this case. This dismissal is without prejudice

May 27, 2008

Respectfully submitted,

**LIBERTY INTERNATIONAL UNDERWRITERS INC.**

/s/ Jonathan D. Lichterman
Bruce R. Meckler
Christopher E. Kentra
Jonathan D. Lichterman
MECKLER BULGER & TILSON LLP
123 N. Wacker Drive, Suite 1800
Chicago, IL  60606
Tel.:  (312) 474-7900
Fax:  (312) 474-7898

M:\12134\pleading\Rule 41 notice of dismissal.doc