UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LIBERTY INSURANCE UNDERWRITERS, INC., a New York Corporation<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br><br>JOHN O'LEARY, RENEE O'LEARY, JACK O'LEARY, JOHN MULHERN AND MARLENE MULHERN<br>　　　　　　Defendants. | Case No.: 1:08 cv 02146<br><br>JURY TRIAL DEMANDED |

### NOTICE OF VOLUNTARY DISMISSAL

Please take notice that Plaintiff, Liberty Insurance Underwriters, Inc. ("Liberty"), by its attorneys, Meckler Bulger & Tilson LLP, hereby dismisses this action pursuant to Fed. R. Civ. P. 41 (a)(1)(A). No answers or motions for summary judgment have been filed in this case. This dismissal is without prejudice

May 27, 2008　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　**LIBERTY INTERNATIONAL
　　　　　　　　　　　　　　　　　　　　　　UNDERWRITERS INC.**


　　　　　　　　　　　　　　　　　　　　　　/s/ Jonathan D. Lichterman
　　　　　　　　　　　　　　　　　　　　　　Bruce R. Meckler
　　　　　　　　　　　　　　　　　　　　　　Christopher E. Kentra
　　　　　　　　　　　　　　　　　　　　　　Jonathan D. Lichterman
　　　　　　　　　　　　　　　　　　　　　　MECKLER BULGER & TILSON LLP
　　　　　　　　　　　　　　　　　　　　　　123 N. Wacker Drive, Suite 1800
　　　　　　　　　　　　　　　　　　　　　　Chicago, IL  60606
　　　　　　　　　　　　　　　　　　　　　　Tel.:  (312) 474-7900
　　　　　　　　　　　　　　　　　　　　　　Fax:  (312) 474-7898

M:\12134\pleading\Rule 41 notice of dismissal.doc

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| LIBERTY INSURANCE UNDERWRITERS, INC., a New York Corporation<br><br>　　　　　　Plaintiff,<br>　v.<br><br>JOHN O'LEARY, RENEE O'LEARY, JACK O'LEARY, JOHN MULHERN AND MARLENE MULHERN<br>　　　　　　Defendants. | )<br>)<br>)<br>)<br>)  Case No.: 1:08 cv 02146<br>)<br>)  JURY TRIAL DEMANDED<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF FILING

TO: **Attached Service List**:

　　　PLEASE TAKE NOTICE that on May 27, 2008, the undersigned cause to be filed with the office of the Clerk of the Court for the Northern District of Illinois the following Notice of Voluntary Dismissal.

　　　　　　　　　　　　　　　　　　　By: /s/ Jonathan D. Lichterman

Jonathan D. Lichterman
Bruce R. Meckler
Christopher E. Kentra
Meckler Bulger & Tilson LLP
123 N. Wacker Drive, Suite 1800
Chicago, Illinois 60606
Phone: 312-474-7900
Fax: 312-474-7957

## CERTIFICATE OF SERVICE

　　　The undersigned, upon oath, states that the foregoing Notice of Filing was served upon parties stated above in the service list by placing copy of same in a properly addressed and stamped envelope, with postage prepaid, and depositing same via U.S. mail and by facsimile at the numbers listed on attached service list.

　　　　　　　　　　　　　　　　　　　/s/ Jonathan D. Lichterman